## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                   : CHAPTER 13

    ROSEMARY LAVERTU                         : CASE NO. 17-17595 JKF

### <u>OBJECTION TO PROOF OF CLAIM</u>

AND NOW, this 9th of May 2018, Debtor(s) hereby object(s) to the Proof of Claim filed on and behalf of **DEUTSCHE BANK NATIONAL TRUST COMPANY.**

1.  The debtor objects to the **ESCROW ADVANCE INSURANCE ON 11/12/2010 ($914.00)**

2.  The debtor objects to the **ESCROW ADVANCE INSURANCE ON 12/31/2010 ($3,193.70).**

3.  The debtor objects to the **ESCROW ADVANCE INSURANCE ON 4/8/2011 ($1,120.69).**

4.  The debtor objects to the **ESCROW ADVANCE INSURANCE ON 12/31/2011 ($1,895.53).**

5.  The debtor objects to the **Fees Costs Due ($7,387.69).**

6.  The proof of claim is attached hereto as an exhibit.

**WHEREFORE,** Debtor(s) ask(s) this Honorable Court to deny the claims of **DEUTSCHE BANK NATIONAL TRUST COMPANY.**

Respectfully submitted:

Stuart A. Eisenberg, Esquire, I.D. 12433
Carol B. McCullough, Esquire, I.D. 56424

MCCULLOUGH EISENBERG, L.L.C
65 West Street Road, Suite A-204
Warminster, PA 18974
Tel. 1-215-957-6411